# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walters, Ross A. | US District Court, Southern District of Iowa | 05/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge full-time (Recalled) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
123 E. Walnut, Room 420
Des Moines, 50309

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. Trustee | Trust #3 |
| 4. Trustee | Trust #4 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 05/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Iowa Public Employee Retirement System Annuity |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 05/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walters, Ross A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Principal Ins. Cos. - IRA --Diversified Growth Fund - Variable Annuity | E | Int./Div. | N | T | | | | | |
| 2. Wells Fargo Bank - Cash Accounts | A | Interest | L | T | | | | | |
| 3. Principal Ins. Co. - IRA | | | | | | | | | |
| 4. --SAM Balanced Portfolio Fund | A | Dividend | | | Sold | 3/05/20 | K | | |
| 5. --Fidelity 500 Index Fund | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 6. | | | | | Sold (part) | 06/18/20 | J | | |
| 7. | | | | | Buy (add'l) | 10/14/20 | J | | |
| 8. --Fidelity Small Cap Index Fund | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 9. | | | | | Sold (part) | 10/14/20 | J | A | |
| 10. --Fidelity Mid Cap Index Fund | A | Dividend | | | Buy | 03/05/20 | J | | |
| 11. | | | | | Sold | 10/14/20 | J | | |
| 12. --Fidelity Global Index Fund | A | Dividend | | | Buy | 03/05/20 | J | | |
| 13. | | | | | Sold | 06/18/20 | J | | |
| 14. --Fidelity US Bond Index Fund | A | Dividend | | | Buy | 03/05/20 | J | | |
| 15. | | | | | Sold (part) | 06/18/20 | J | A | |
| 16. | | | | | Sold | 10/14/20 | J | A | |
| 17. --Fidelity Advisor Total Bond Fund | A | Dividend | J | T | Buy | 03/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 06/18/20 | J | A | |
| 19. --Fidelity Short Term Bond Index Fund | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 20. --JP Morgan Global Allocation Fund | A | Dividend | | | Buy | 03/05/20 | J | | |
| 21. | | | | | Sold | 06/18/20 | J | | |
| 22. --Fidelity Advisor Tech Fund | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 23. | | | | | Sold<br>(part) | 10/14/20 | J | A | |
| 24. --Fidelity Intl. Index Fund | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 25. | | | | | Sold<br>(part) | 10/14/20 | J | A | |
| 26. --Fidelity Large Cap Value Index Fund | A | Dividend | J | T | Buy | 06/18/20 | J | | |
| 27. --Fidelity Select Med Tech Fund | A | Dividend | J | T | Buy | 06/18/20 | J | | |
| 28. --PGIM Short High Yield Fund | A | Dividend | J | T | Buy | 06/18/20 | J | | |
| 29. --Fidelity Advisory Mortgage Sec. Fund | A | Dividend | J | T | Buy | 10/14/20 | J | | |
| 30. --Fidelity Total Mkt Bond Fund | A | Dividend | J | T | Buy | 10/14/20 | J | | |
| 31. --Fidelity Emerg. Mkts Index Fund | A | Dividend | J | T | Buy | 10/14/20 | J | | |
| 32. --Fidelity Inter. Treas. Bond Index Fund | A | Dividend | J | T | Buy | 10/14/20 | J | | |
| 33. Principal Ins. Cos. - Var. Life Ins. -- SAM<br>Bal. Portfolio Fund | C | Dividend | K | T | | | | | |
| 34. Trust #2 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Cash | A | Interest | J | T | | | | | |
| 36. Trust #3 | | | | | | | | | |
| 37. --Principal Mid Cap Instl | A | Dividend | K | T | | | | | |
| 38. --ABH High Income Advisor Fund | A | Dividend | | | Sold | 2/21/20 | J | A | |
| 39. --Blackrock Strategic Income Instl | A | Dividend | K | T | Sold (part) | 6/17/20 | J | | |
| 40. --Fidelity Advisory Total Bond CLZ | B | Dividend | L | T | Buy (add'l) | 2/21/20 | J | | |
| 41. --Fidelity Inflation Protected Bond Index Fd. | A | Dividend | | | Sold | 6/17/20 | K | A | |
| 42. --Fidelity U.S. Bond Index Fund | B | Dividend | L | T | | | | | |
| 43. --Ishares Core S&P Mid-Cap ETF | A | Dividend | | | Sold | 6/17/20 | J | | |
| 44. --Ishares Core S&P Small Cap ETF | A | Dividend | J | T | | | | | |
| 45. --Ishares Core S&P 500 ETF | A | Dividend | J | T | Buy (add'l) | 02/21/20 | L | | |
| 46. ---Ishares Edge Quality Factor ETF | A | Dividend | | | Buy (add'l) | 02/21/20 | K | | |
| 47. | | | | | Sold | 06/17/20 | L | | |
| 48. --Ishares Core Emerg. Mkts. ETF | A | Dividend | K | T | Buy (add'l) | 02/21/20 | K | | |
| 49. | | | | | Sold (part) | 06/17/20 | J | | |
| 50. --Ishares Trust Core EAFE ETF | A | Dividend | K | T | Buy (add'l) | 02/21/20 | J | | |
| 51. | | | | | Sold | 06/17/20 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walters, Ross A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --SPDR Ser TR S&P Div. ETF | A | Dividend | | | Sold | 06/17/20 | J | C | |
| 53. --Vanguard Index FDS Large Cap | A | Dividend | K | T | Sold (part) | 06/17/20 | J | A | |
| 54. --Ishares Core 1-5 Year Bond ETF | A | Dividend | | | Sold | 02/21/20 | K | B | |
| 55. --Ishares TR FLTG Rate NT ETF | A | Dividend | | | Sold | 02/21/20 | L | A | |
| 56. --Ishares Treasury Floating RA | A | Dividend | | | Sold | 02/21/20 | K | A | |
| 57. --Pfizer/Viatris Common Stock | A | Dividend | J | T | | | | | |
| 58. --Principal Financial Group, Inc.Common Stock | A | Dividend | J | T | | | | | |
| 59. --SPDR Bloomberg | A | Dividend | K | T | Buy | 10/06/20 | K | | |
| 60. --Ishares TR EAFE Growth ETF | A | Dividend | K | T | Buy | 06/17/20 | K | | |
| 61. --Ishares TR MSCI Min. Vol. | A | Dividend | J | T | Buy | 06/17/20 | J | | |
| 62. --Ishares Core S&P Total US Stock Mkt | B | Dividend | M | T | Buy | 06/17/20 | M | | |
| 63. --Principal Bank | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walters, Ross A.** | 05/05/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts I and VII. Trust #1 was a testamentary trust. All assets of Trust #1 were distributed to the ultimate beneficiaries on January 2, 2020. There are no reportable assets in Trust #1. Trust #2 is a revocable inter vivos trust. For reasons indicated in prior disclosure reports I have had no reportable interest in Trust #2. All assets of Trust #2 were distributed to the ultimate beneficiaries on January 2, 2020 except for a cash reserve. I have elected to report the cash reserve in Part VII. Trust #3 is a revocable inter vivos trust. I am a grantor. Trust #3 was funded on January 2, 2020 with distributions from Trusts #1 and #2. Trust #4 is unfunded. There are no reportable assets.

Part VII(A)(28)(29). Pfizer and Principal Financial stock separately listed in previous reports are now an asset of Trust #3.

Part VII(D)(2). Buy dates for Fidelity Advisor Tech Fund and Fidelity Int'l Index Fund listed under Principal IRA are estimated.

Part VII (D)(4). If no gain is reported the transaction resulted in a loss or no gain.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ Ross A. Walters**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544